# Colorado Federal District Court

## Complaint

Rev. Ryan "Sasha" Gallagher
1690 Monterey Way
Fountain, Co 80817

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)
Byron Todd Jones
Thomas E Brandon
Regina Lombardo
99 New York Ave, NE
Washington, DC 20226

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL -5 2018
JEFFREY P. COLWELL
CLERK

## Complaint

The ATF is taxing religions out of existence.

Waltz v. Tax Commission, 397 US 664 (1970)

<u>Examples:</u> Christian Trappists or similar Religions that are not as established as the Trappist.

26 USC § 5042 (a)(1)

Muslims can not drink, many Hookah bars exist for Religious purposes.

42 USC § 2000cc-5 - Definitions (7)(a)

see
Volstead Act, Sacramental Wine provisions
As well as those of various states.

I am a Hindu Shaivite, and I celebrate Diwali, but even as an Ordained Minister, I am unable to buy, sell or manufacture materials for this Holiday. Diwali is a celebration of Light an occurs around Oct-Dec every year. Texas has 4 Firework seasons, 1 for Texas independence and one Mexican Holiday. We are requesting a similar expanded season for Hindus.

We are also requesting exemption of a Religious Police Force, similar to Alabama Code SB193, or the Fruit of Islam within the Nation of Islam. We cite the tradition of Assassins, including the Assassins who killed Cesaer, with Brutus, and the Liberty Cap they held up. We cite the Hindu God Mitra, who is the Roman God Mithras. We cite the Hashashins, and the Founding Fathers of the United States who saw themselves as part of this tradition.

In Re: Neagle, 135 US 1 (1890)
Pierce v. Society of Sisters, 268 US 510 (1925)
Ponce v. Roman Catholic Church, 210 US 296 (1908)

The ATF are in possesion of a longer request and many more legal citations.

Whereby the Plaintiff prays the Court,

Cause the ATF to respond to my Petition.

~~Olsen v. DEA 878 Fd~~

Olsen v. DEA, 878 F2d 1458 (1989)

Rev. Ryan "Sasha" Gallagher

please send all indigent forms