IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 19 2018

JEFFREY P. COLWELL
CLERK

Civil Action No. 1:2018-cv-01693
(To be supplied by the court)

Rev. Ryan "Sasha" Gallagher , Plaintiff

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives ,

Byron Todd Jones ,

Thomas E Brandon ,

Regina Lombardo , Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Rev. Ryan "Sasha" Gallagher, 1690 Monterey Way, Fountain, Co, 80817
(Name and complete mailing address)

_____
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: ATF, see initial filing
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 2: Byron Todd Jones, see initial filing
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3: Thomas E Brandon, see initial filing
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: Regina Lombardo, see initial filing
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

[✓] Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

42 USC Chapters 21B and 21C, Olsen v DEA (1989)

Waltz v. Tax Commission of NY.

[✓] Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of Colorado.

If Defendant 1 is an individual, Defendant 1 is a citizen of DC.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of DC (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Not responding to petition / redress

Supporting facts:

See initial filing

All Government Agencies should have a RFRA Exemption process, similar to the one the DEA has but doesn't actually respond to.

Olsen v. DEA, 878 F.2.d 1458 (DC Cir 1989)

Craker v. DEA, No. 09-1220 (1st Cir 2013)

Perkel v. DEA, No. 08-74457 (Dc Cir 2009)

Gonzales v. O Centro, 546 US 418 (2006)

Washington v. Sessions, 1:17-cv-05625 (2018)

CLAIM TWO: <u>Taxing Religion out of Existence</u>

Supporting facts:
See initial filing

Waltz v. Tax Commission of New York, 397 US 664 (1970)

See, Volstead Act, Act of Congress which enacted prohibition. And provided Religious exemption.

Various exemptions exist within the alcohol, Tobacco, Firearms, and Explosives Laws. But none specifically exempt Religion on the Federal level.

## E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

injunction causing the ATF to respond and to provide the requested exemptions, as well as punitive damages and a release of all files that may prove this was done discriminatorally,

Masterpiece v. CCRC, 584 US ___ (2018)
Nat. Mob. Com. to end war in Vietnam v. Foran, 297 F.Supp 1 (ND Ill 1968)
Cruz v. Beto, 405 US 319 (1972)

## F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

7 / 14 / 2018
(Date)

(Revised December 2017)

6



Alfred A Arraj Courthouse
901 - 19th St, Room A105
Denver, Co 80294-3589

1690 Monterey Way
Fountain, Co 80817

